IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Vincent M. Reusser, *et al.*, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00087 |
| v. | : | Judge Graham |
| Saxon Mortgage Services, Inc., *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

This matter is before the Magistrate Judge on attorney Luke Anderson's June 21, 2012 notice of substitution of counsel (doc. 19). The notice does not comply with Rule 83.4(c)(1) of the Southern District of Ohio Civil Rules, which states in relevant part:

> **Substitution of a new trial attorney.** The current trial attorney may withdraw either from the case or from the designation as trial attorney by filing a notice that is signed by (1) the current, withdrawing trial attorney; (2) the client; and (3) a new, substituting trial attorney. If the substituting trial attorney is a member of the same partnership, legal professional association, or governmental attorney group as the trial attorney to be substituted for and the notice affirmatively states that the substitution is made with the client's knowledge and consent, the client's signature is not required.

S.D. Ohio Civ. R. 83.4(c)(1). Counsel is DIRECTED to file a notice that complies with Rule 83.4(c)(1).

s/ Mark R. Abel
United States Magistrate Judge